UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 15-23971-CIV-LENARD/GOODMAN**

**ZOILA RECINOS, and other similarly situated individuals**,

    Plaintiff,
vs.

**BEACH HOUSE HOTEL, LLC d/b/a Grand Hotel Surfside, 5 STAR SERVICE, INC., and GLADYS FUNDORA**,

    Defendants.
_____/

**JOINT CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| # | Motion | | |
|---|---|---|---|
| 1. | Motions concerning Discovery | Yes _____ | No _____ |
| 2. | Motions for Costs | Yes _____ | No _____ |
| 3. | Motions for Attorney's Fees | Yes _____ | No _____ |
| 4. | Motions for Sanctions or Contempt | Yes _____ | No _____ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | Yes _____ | No _____ |
| 6. | Motions to Certify or Decertify Class | Yes _____ | No _____ |
| 7. | Motions for Preliminary Injunction | Yes _____ | No _____ |
| 8. | Motions for Summary Judgment | Yes _____ | No _____ |
| 9. | Motions to Remand (in removal cases) | Yes_____ | No _____ |
| 10. | All other Pre-Trial Motions | Yes _____ | No _____ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | Yes _____ | No _____ |

_____      _____
        (Date)                                                 Signature of _____
                                                                Counsel for _____

Case No. 15-23971-CIV-LENARD/GOODMAN

_____          _____
       (Date)                                    Signature of_____
                                                         Counsel for  _____

_____          _____
       (Date)                                    Signature of _____
                                                         Counsel for  _____

_____          _____
       (Date)                                    Signature of_____
                                                         Counsel for  _____