UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 15-cv-23971-Lenard/Goodman

ZOILA RECINOS,

        Plaintiff,

v.

MB FLORIDA LIMITED, LLC d/b/a Grand Beach Hotel, 5 STAR SERVICE, INC., and GLADYS FUNDORA,

        Defendants.

## FINAL JUDGMENT

For the reasons stated in the Court's Order Adopting Report and Recommendations of Magistrate Judge Goodman and Granting Plaintiff's Renewed Motion for Final Default Judgment [D.E. _____], it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff, Zoila Recinos, shall recover from Defendants 5 Star Services, Inc. and Gladys Fundora, jointly and severally, the sum of **$21,193.64**, consisting of $10,596.82 in unpaid minimum and overtime wages and $10,596.82 in liquidated damages, for which let execution issue; and

(2) Saenz & Anderson, PLLC shall recover from Defendants 5 Star Services, Inc. and Gladys Fundora, jointly and severally, the sum of **$22,870.00** in attorney's fees, for which let execution issue.

Interest from the date this Judgment is filed shall accrue at the legal rate. See 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30 day of January, 2017.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Jonathan Goodman
All Counsel of Record
*5 STAR SERVICE, INC. and GLADYS FUNDORA*, 2450 W 80th Street, Suite #1, Hialeah Gardens, Florida 33016